B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Western _____ District Of Tennessee _____

In re Donna Kaye Williams _____ ,   Case No. 17-20320 _____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 8404

Court Claim # (if known): 7
Amount of Claim: $100,013.83
Date Claim Filed: 05/24/2017

Phone: _____
Last Four Digits of Acct. #: 8404

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: 8404

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves _____   Date: 4/5/2021 _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Western _____ District Of Tennessee _____

In re Donna Kaye Williams _____, Case No. 17-20320 _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/5/2021 (date).

Name of Alleged Transferor
U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

Name of Transferee
U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust

Address of Alleged Transferor:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

**Shelandra Y Ford Shelby County Register of Deeds: Instr. # 19021152**



# Shelby County Tennessee
## *Shelandra Y. Ford*
### Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.

```
              19021152
         03/05/2019 - 12:52 PM
```

| | |
|---|---|
| 3 PGS | |
| ALONZO    1842916-19021152 | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| WALK THRU FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

**SHELANDRA Y FORD**
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 (901) 222-8100
Website: http://register.shelby.tn.us  Email: register@shelbycountytn.gov

Shelandra Y Ford Shelby County Register of Deeds: Instr. # 19021152

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Loan No: ■

_____ Space above for Recorder's use _____

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES III TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 9/20/2007
Original Loan Amount: $101,000.00
Executed by (Borrower(s)): DONNA K. WILLIAMS
Original Trustee: ATTY. ARNOLD M. WEISS
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOMECOMINGS FINANCIAL, LLC (FKA HOMECOMINGS FINANCIAL NETWORK, INC.), ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Book N/A, Page N/A,
Document/Instrument No: 07149088 in the Recording District of SHELBY, TN, Recorded on 9/26/2007.

Property more commonly described as: 4616 PLATO AVE., MEMPHIS, TENNESSEE 38128

Maximum principal indebtedness for Tennessee recording tax purpose is $0.00.

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **FEB 1 5 2019**

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES III TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: MATTHEW KRUEGER
Title: VICE PRESIDENT

Witness Name: LAKEISHA FAIR

Shelandra Y Ford Shelby County Register of Deeds: Instr. # 19021152

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **FLORIDA**
County of **PINELLAS**

On **FEB 1 5 2019**, before me, **JULIE ARENCIBIA**, a Notary Public, personally appeared **MATTHEW KRUEGER, VICE PRESIDENT** of/for **MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES III TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify MATTHEW KRUEGER, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____
(Notary Name): JULIE ARENCIBIA
My commission expires: 7/18/2022

Shelandra Y Ford Shelby County Register of Deeds: Instr. # 19021152

# True Copy Certification

I, LAURIE PRESCOTT, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_Laurie Prescott_   8-27-18
Signature           Date

State of Florida

County of Pinellas

Personally appeared before me, Amy Riffe, a notary public for this county and state, Laurie Prescott who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_Amy Riffe_   8/27/18
Notary's Signature   Date

My Commission Expires: 3/23/22
Notary' Seal (if on paper)

AMY RIFFE
Commission # GG 178157
Expires March 23, 2022
Bonded Thru Budget Notary Services